UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
Victor Luna Ramirez,

                                 Plaintiff,

      -v-

Texas Chili Restaurant I, Inc., et al.,

                            Defendants.
-------------------------------------------------------------------- X

24 Civ. 05242 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

      The Court ordered mediation in this case was held and agreement was reached on all issues.

      Any pending motions are denied. All conferences are vacated. The Clerk of Court is directed to close the case.

                                                        SO ORDERED

                                                        KENNETH M. KARAS, U.S.D.J.

Dated: January 24, 2025
       White Plains, New York