UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR LUNA RAMIREZ, individually and on behalf of all others similarly situated,

    Plaintiff,

-against-

TEXAS CHILI RESTAURANT I, INC. d/b/a TEXAS CHILI, TEXAS CHILI RESTAURANT II, INC. d/b/a TEXAS CHILI, MOISES HERNANDEZ, and YESENIA PINEDA,

    Defendants.

Civil Case No. 7:24-cv-05242

**JUDGMENT**

On January 24, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED:

That Plaintiff VICTOR LUNA RAMIREZ has judgment against Defendants TEXAS CHILI RESTAURANT I, INC. d/b/a TEXAS CHILI, TEXAS CHILI RESTAURANT II, INC. d/b/a TEXAS CHILI, MOISES HERNANDEZ, and YESENIA PINEDA in the amount of Fifty Thousand Dollars and Zero Cents ($50,000.00), inclusive of attorneys' fees and costs.

Dated: _____January 27_____, 2025

SO ORDERED:

_____
Hon. Kenneth M. Karas